Argued and submitted October 15, affirmed November 19, petition for review denied December 24, 2014 (356 Or 638)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LYLE MICHAEL LEMMON,
*Defendant-Appellant.*

Marion County Circuit Court
13C44966; A155916

340 P3d 141

Jason E. Thompson argued the cause for appellant. With him on the brief was Ferder Casebeer French & Thompson LLP.

Doug M. Petrina, Senior Assistant Attorney General, argued the cause for respondent. With him on the brief were Ellen F. Rosenblum, Attorney General, and Anna M. Joyce, Solicitor General.

Before Lagesen, Presiding Judge, and Hadlock, Judge, and Wollheim, Senior Judge.

PER CURIAM

Affirmed. *State v. Hammond*, 218 Or App 574, 180 P3d 137 (2008).